cuit denied. *Messrs. Pinckney L. Cain* and *R. Beverley Herbert* for petitioner. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr., Messrs. Sewall Key* and *Newton K. Fox,* and *Miss Helen R. Carloss* for respondent.

No. 963. BATTERMAN *v.* COMMISSIONER OF INTERNAL REVENUE. May 29, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Sydney A. Davies* for petitioner. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr.,* and *Messrs. Sewall Key, J. Louis Monarch, Ray A. Brown,* and *Robert L. Stern* for respondent.

No. 969. LOCAL No. 6167, UNITED MINE WORKERS OF AMERICA, ET AL. *v.* JEWELL RIDGE COAL CORP. May 29, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Messrs. Crampton Harris, Frank W. Rogers,* and *Leonard G. Muse* for petitioners. *Mr. Wm. A. Stuart* for respondent.

No. 989. GELDZAHLER *v.* UNITED STATES. May 29, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Brien McMahon* for petitioner. *Solicitor General Fahy, Assistant Attorney General Tom C. Clark, Mr. Robert S. Erdahl,* and *Miss Beatrice Rosenberg* for the United States.

No. 941. UNITED STATES EX REL. LYNN *v.* DOWNER, COMMANDING OFFICER. May 29, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Sec-